IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,
       Plaintiff,

   v.                                  Cr. No. 02-147-01-SM

Darren Franceski,
       Defendant,

  and

SunTrust Banks, Inc.,
       Garnishee.

### ASSENTED-TO ORDER TO RELEASE FUNDS AND TO QUASH WRIT OF CONTINUING GARNISHMENT

    On November 4, 2009, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court. In accordance with the terms of the Writ of Garnishment, levy was made on the defendant's bank account(s) held by SunTrust Banks, Inc., on November 10, 2009, by the United States of America. Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were sent to defendant, through his counsel, Brett Norvig, on November 12, 2009, certified mail, return receipt.

    Pursuant to 28 U.S.C. §3202(d), defendant is entitled to a hearing and the defendant hereby waives his right to a hearing on the Writ of Continuing Garnishment. Therefore, it is

ORDERED that the funds in the amount of $1,531.94 seized on November 10, 2009, from an account in the name Darren Franceski, which are in the possession, custody or control of SunTrust Banks, Inc., be released to the United States of America. Said funds should be made payable to the Clerk, United States District Court, and sent to U.S. District Court, 55 Pleasant Street, Room 110, Concord, NH 03301; and further

ORDERED the Writ of Continuing Garnishment issued on November 10, 2009, is hereby quashed pursuant to 28 U.S.C. § 3205(10)(A).

|  |  |
|---|---|
|  | Respectfully submitted, |
| DARREN FRANCESKI<br>Pro Se Defendant | JOHN P. KACAVAS<br>United States Attorney |
| By:/s/ Darren Franceski<br>Darren Franceski, pro se<br><br>Orlando, FL 32828 | By:/s/ Michael T. McCormack<br>Michael T. McCormack (16470)<br>Assistant U.S. Attorney<br>53 Pleasant Street<br>Concord, NH 03301<br>(603) 225-1552<br>Michael.McCormack2@usdoj.gov |
| DATED: November 23, 2009 | Dated: November 23, 2009 |

**IT IS SO ORDERED.**

DATED: 11-23-09

James R. Muirhead
U.S. Magistrate Judge

cc: Michael T. McCormack, AUSA
    Darren Franceski, pro se
    SunTrust Banks, Inc.

2